PER CURIAM.—The motion to dismiss the appeal herein is hereby sustained, and the appeal accordingly is dismissed.

*Mr. John N. Kirk,* and *Mr. E. J. Dierks,* for Appellant.

*Mr. Peter Breen,* and *Mr. James Donovan, Attorney General,* for the State.

---

No. 1,754.—DOYLE, RESPONDENT, *v.* CITY OF BUTTE, APPELLANT.

*Appeal from District Court, Silver Bow County; John Lindsay, Judge.*

On motion to dismiss appeal.

Decided December 12, 1903.

PER CURIAM.—The motion to dismiss the appeal herein is hereby sustained, and the appeal accordingly is dismissed.

. *Mr. E. M. Lamb, Mr. H. A. Bolinger,* and *Mr. J. L. Templeman,* for Appellant.

---

No. 2,017.—STATE EX REL. DURAND, RELATRIX, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—*Certiorari.*

Decided December 15, 1903.

PER CURIAM.—The application for a writ of *certiorari* herein is denied.

*Mr. Robert B. Smith, Mr. M. Donlan,* and *Mr. H. L. Maury,* for Relator.